UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

RANDY H. McPEAK,

    Plaintiff,

v.

HOLLY PIERCE,
DR. A. GETCHEW and
JANE/JOHN DOE,

    Defendant.

Civil Action No. TDC-19-3167

## ORDER

On October 21, 2020, Randy McPeak filed a "Withdrawal of Petition / Civil Lawsuit," which the Court shall construe as a Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). ECF No. 12. The Court having reviewed the Notice, it is hereby ORDERED that:

1. This action is DISMISSED WITHOUT PREJUDICE.

2. The Clerk shall refrain from further collecting fees toward the remainder of the $350 civil filing fee.

3. The Clerk is directed to close this case.

Date:   October 26, 2020

   /s/ *Theodore D. Chuang*
THEODORE D. CHUANG
United States District Judge